[No. 18383–4–I.   Division One.   June 29, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
JULIUS QUINTERO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–03596–4, Frank L. Sullivan, J., entered April 14, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Grosse, J.

[No. 19898–0–I.   Division One.   June 29, 1987.]

*In the Matter of the Personal Restraint of*
RONALD BECK III, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 17290–5–I.   Division One.   June 29, 1987.]

SEATTLE–FIRST NATIONAL BANK, *Respondent,* v.
JOHNSON TRAILER SALES & SUPPLIES, INC.,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–2–03329–7, Dennis J. Britt, J., entered October 6, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Coleman, J.

[No. 16688–3–I.   Division One.   June 29, 1987.]

LORRAINE J. RABY, *Respondent,* v. NORMAN B.
HEUTMAKER, JR., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–18335–7, Frank H. Roberts, Jr., J., entered May 24, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Coleman, J.